BLUE et al. v. McCORKLE.

SIMMONS, C. J.　1. A summons issued for the purpose of instituting an action in a justice's court need not bear date twenty days before the time of trial; for section 4118 of the Civil Code distinctly declares that such a summons shall bear date fifteen days before such time.

2. The bill of exceptions in this case is so palpably without merit there can be no reasonable conclusion except that it was sued out for the purpose of delay only; accordingly damages are awarded against the plaintiff in error.

*Judgment affirmed, with damages.  All the Justices concurring.*

Argued October 31,—Decided November 29, 1899.

Complaint.　Before Judge Spence.　Marion superior court. April term, 1899.

*Simeon Blue,* for plaintiffs in error.
*W. D. Crawford,* contra.

---

CLEMENTS & McCALL v. PEARCE & WILLIAMS.

FISH, J.　There was no error in excluding evidence, nor in the charges excepted to; the verdict was authorized by the evidence, and the trial judge did not err in refusing to grant a new trial.　Damages are awarded against the plaintiffs in error for bringing this case here for delay.

*Judgment affirmed, with damages.  All the Justices concurring.*

Argued October 31,—Decided November 29, 1899.

Complaint.　Before Judge Spence.　Marion superior court. April term, 1899.

*Simeon Blue,* for plaintiffs in error.
*George P. Munro,* contra.